BEFORE THE THIRD DIVISION, JULY 18, 1949

**No. 53405.**—Standard Brands, Inc. *v.* United States, protest 143525–K (New York).

Opinion by EKWALL, J. From an examination of the record it appeared that the laboratory report contained a clerical error in the percentage of invert sugars which was subsequently corrected by the Government chemist. Liquidation was based upon the correct quantity of total sugars. The court finding nothing to warrant disturbing the action of the collector, which was presumptively correct, the protest was overruled.

**No. 53406.**—Clay E. Brehm, d/b/a/ Kick-O Liquors, also d/b/a/ Distillers Products Co. *v.* United States, protest 106446–K (Indianapolis).

Opinion by JOHNSON, J. For the reasons states in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.